Order, Supreme Court, New York County (Melissa C. Jackson, J.), entered on or about December 4, 2014, which adjudicated defendant a level two sexually violent offender under the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.
 

 The court properly assessed points under the risk factor for contact under clothing, based on clear and convincing evidence that defendant made sexual contact with one of the victims by reaching his hand under her dress and touching her genital area.
 

 The court providently exercised its discretion when it declined to grant a downward departure (see People v Gillotti, 23 NY3d 841 [2014]). The mitigating factors cited by defendant were adequately taken into account by the risk assessment instrument, and were outweighed by the egregiousness of the underlying crimes.
 

 Concur — Friedman, J.P., Richter, Moskowitz and Gesmer, JJ.